440 A.2d 1249

In re Scott D. Conner.

Appeal of Scott D. Conner.

Submitted November 10, 1980.   Robert P. Rea, for appellant;   Frederick B. Gieg, Jr., for Commonwealth, participating party.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.

BROSKY, J., filed a memorandum dissenting opinion.

440 A.2d 1249

Creamer, Jr. etc., Appellants v. Quigley & City of Philadelphia.

Argued December 5, 1980.   Marshall E. Kresman, for appellants;   Francis P. Devine, III, for appellees.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.